

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC.** and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellees' motion for leave to exceed the word limit in one consolidated brief responding to appellants' briefs is granted. Appellees may file one consolidated brief, not to exceed 25,000 words, excluding the parts of the brief specified in Texas Rule of Appellate Procedure 9.4(i)(1).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court